IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | CASE NO.: | 09-11802-HAC-13 |
| PAMELA LEONA BUSBY | DATE: | 07/16/2015 |
| DEBTOR | DATE CONFIRMED: | 01/28/2010 |
| ATTORNEY: HERMAN D. PADGETT | DATE CLOSED: | 05/04/2015 |

## FINAL REPORT AND ACCOUNTING

I, Daniel B. O'Brien, Chapter 13 Trustee, am filing the following final report and accounting and certify that the estate has been fully administered. The case was COMPLETED.

Amount paid to Trustee by or for the Debtor for benefit of creditors: $38,903.50

| CREDITOR NAME | CLASS | CLAIM AMT | % DIV | PRIN PD | INT PD | INSURANCE PD | DUE | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| ALABAMA CHILD SUPPORT PAY | DSO | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELL FINANCIAL SERVICES, LP | UNSECURED | $3,637.96 | 5.00 | $181.90 | $0.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORP. | UNSECURED | $4,926.28 | 5.00 | $246.31 | $0.00 | $0.00 | $0.00 | $0.00 |
| GINNY'S | UNSECURED | $419.19 | 5.00 | $20.96 | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | $8,429.04 | 5.00 | $421.45 | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | SECURED - PRO R | $6,623.00 | 100.00 | $6,623.00 | $1,284.35 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | $21,016.06 | 100.00 | $21,016.06 | $0.00 | $0.00 | $0.00 | $0.00 |
| MARILYN E. WOOD, REVENUE | PRIORITY | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MIDNIGHT VELVET | UNSECURED | $182.04 | 5.00 | $9.10 | $0.00 | $0.00 | $0.00 | $0.00 |
| MONROE & MAIN | UNSECURED | $368.22 | 5.00 | $18.41 | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA REC MGMT,LLC | UNSECURED | $1,202.28 | 5.00 | $60.11 | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA REC MGMT,LLC | UNSECURED | $330.62 | 5.00 | $16.53 | $0.00 | $0.00 | $0.00 | $0.00 |
| SELECT PORTFOLIO SERV INC | MORTGAGE PAYM | $30,055.78 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SEVENTH AVE | UNSECURED | $784.99 | 5.00 | $39.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| STATE OF ALA/DEPT. OF REVEN | UNSECURED | $12.89 | 5.00 | $0.64 | $0.00 | $0.00 | $0.00 | $0.00 |
| STATE OF ALA/DEPT. OF REVEN | PRIORITY | $3,727.70 | 100.00 | $3,727.70 | $0.00 | $0.00 | $0.00 | $0.00 |
| UNSECURED CREDITORS | UNSECURED | $0.00 | 5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---:|
| PRIORITY | $24,743.76 |
| PRIORITY INSURANCE | $0.00 |
| SECURED | $6,623.00 |
| INTEREST | $1,284.35 |
| UNSECURED | $1,014.66 |
| COURT CLERK: | $0.00 |
| ATTORNEY FEE: | $3,000.00 |
| TRUSTEE FEE: | $1,901.23 |
| REFUNDED TO DEBTOR: | $336.50 |
| ADMINISTRATIVE: | $0.00 |
| TOTAL: | $38,903.50 |

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ Daniel B. O'Brien

Daniel B. O'Brien, Trustee